UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ANTHONY RUMMEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:13-cv-195-CLC-SKL |
| v. ) | |
| ) | |
| ATHENS REGIONAL MEDICAL CENTER, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the motion of Plaintiff's counsel, Martha M. Lafferty, to withdraw as counsel for Plaintiff [Doc. 7]. A duly noticed hearing on the motion was held on March 6, 2014. Counsel for all parties appeared by telephone. Plaintiff did not appear even though Ms. Lafferty represents she made extensive efforts to notify Plaintiff of the hearing and of his right to be present and be heard pursuant to Local Rule 83.4(f) [Doc. 12]. Ms. Lafferty also represents she can no longer effectively represent Plaintiff due to his refusal to communicate with her [*id.*]. The Court finds Ms. Lafferty has shown good cause to withdraw. Accordingly, her motion to withdraw [Doc. 7] is **GRANTED**.

Plaintiff is **ORDERED** to notify the Court by **March 27, 2014** whether he has retained new counsel or intends to represent himself in this matter. **Plaintiff is forewarned that a failure to provide the required notice could result in the dismissal of this action upon proper motion of Defendants**.

Defendants **SHALL** have an extension of time until **April 10, 2014** to answer or otherwise respond to the Complaint.

The Clerk is **DIRECTED** to mail a copy of this Order to Plaintiff at the address provided by Ms. Lafferty [Doc. 7].

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

2